UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LOUIS OVERTON,<br><br>Plaintiff,<br><br>v.<br><br>B.P.H. COMMISSIONER MINOR, et al.,<br><br>Defendants. | No.  2:20-cv-00792-TLN-KJN<br><br><br><br>**ORDER** |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 22, 2020, the magistrate judge ordered Plaintiff to file a completed in forma pauperis ("IFP") application or pay the court's filing fee, and was cautioned that failure to do so would result in a recommendation that this action be dismissed.  (ECF No. 3.)  Having no response from Plaintiff, on June 3, 2020, the magistrate judge filed findings and recommendations herein recommending the action be dismissed.  (ECF No. 4.)  The findings and recommendations were served on Plaintiff and contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within thirty days.  (*Id.*)  Plaintiff has filed objections to the findings and recommendations (ECF No. 5) and has also filed a Motion for Bail (ECF No. 6) but has nevertheless failed to file a completed IFP application, nor has he paid the filing fee.

1

1   In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this
2   Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the
3   Court finds the findings and recommendations to be supported by the record and by proper
4   analysis.

5   Accordingly, IT IS HEREBY ORDERED that:

6   1.  The findings and recommendations filed June 3, 2020 (ECF No. 4), are ADOPTED IN
7   FULL; and

8   2.  This action is DISMISSED without prejudice.  Given this ruling, the Court need not
9   address Plaintiff's Motion for Bail (ECF No. 6).

10  3.  The Clerk of the Court is directed to close the case.

11  IT IS SO ORDERED.

12  DATED:  August 3, 2020

Troy L. Nunley
United States District Judge

2